ing to inform Movant of a four-year sentence plea offer. We affirm.

We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court did not clearly err in denying post-conviction relief. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

court entered after a bench trial wherein the trial court convicted him of forgery and sentenced him to a term of five years' imprisonment.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Raymond M. TIMMERMEIER,
Appellant.

No. ED 99758.

Missouri Court of Appeals,
Eastern District,
Division One.

March 18, 2014.

Craig Allan Johnston, Columbia, MO, for appellant.

Chris Koster, Adam Rowley, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Raymond Timmermeier ("Defendant") appeals from the judgment of the trial

Keith COSTELLO, II,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 99766.

Missouri Court of Appeals,
Eastern District.

March 18, 2014.

Lisa M. Stroup, St. Louis, MO, for Movant/Appellant.

Daniel N. McPherson, Jefferson City, MO, for Respondent/Respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.